UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF07043 (rev 10/2013)

In re:

**Richard Wayne Klitzing**,
**Korenna Lynn Klitzing**,
      Debtors.

Case No. **18–80632–JJG–7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on November 13, 2018, by Trustee Lou Ann Marocco.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** Paycard Bluebird non–exempt funds on deposit, Checking Old National Bank non–exempt funds on deposit, 2018 Federal & State Tax Refunds, Employment Bonus. Any objection to the proposed abandonment of property must be filed with the Court by November 27, 2018. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after November 27, 2018.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by February 11, 2019 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  November 13, 2018

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court